UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERRAGIO, LTD.,

                    Plaintiff,

-against-

PHANTOM JEWELS,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2018
```

18 Civ. 865 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 31, 2018, Plaintiff brought this copyright infringement action against Defendant. ECF No. 1. On July 11, 2018, the Court denied Plaintiff's motion for a default judgment, ECF No. 23, and allowed Plaintiff an opportunity to amend its pleadings. On July 24, 2018, Plainriff filed an amended complaint. ECF No. 24. Defendant was served with the amended complaint on August 10, 2018, ECF No. 31, but never appeared in this action.

    Accordingly, it is hereby ORDERED that Plaintiff shall submit the papers necessary to initiate a default judgment by **December 21, 2018**. Plaintiff is directed to follow the procedures set forth in Attachment A of the Court's Indiivudal Practices in Civil Cases, including first obtaining the Clerk's Certificate of Default and then filing a proposed order to show cause, a statement of proposed damages, and an affidavit or declaration in support of the order.

    SO ORDERED.

Dated: December 5, 2018
       New York, New York

                                                         ANALISA TORRES
                                            United States District Judge