UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

VERRAGIO, LTD

                    **Plaintiff(s),**

              - against -

PHANTOM JEWELS

                  **Defendant(s),**

------------------------------------------------------------------X

1:18 Civ. 00865 ( AT )

**CLERK'S CERTIFICATE
OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for

the Southern District of New York, do hereby certify that this action was commenced on

January 31, 2018 _____ with the filing of a summons and complaint, a copy of the amended

summons and complaint was served on PHANTOM JEWELS _____

by personally serving by International Registered Mail on August 10, 2018 _____,

and proof of service was therefore filed on September 11, 2018 , *Doc. #(s)* 31 .

I further certify that the docket entries indicate that the defendant(s) has not filed an

answer or otherwise moved with respect to the complaint herein. The default of the

defendant(s) is/are hereby noted.

Dated: New York, New York

       Dec 11 , 20 18

                                       RUBY J. KRAJICK
                                       Clerk of Court

                       By: _____
                                      Deputy Clerk