**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VERRAGIO, LTD.,

        Plaintiff,

vs.

PHANTOM JEWELS,

        Defendant.

Case No. 1:18-cv-00865 (AT)

**STATEMENT OF PROPOSED DAMAGES**

**Principal amount sued for** .......................................... $ 100,000.00

**Costs and Disbursements:**

Service costs .................................................................. $90.00

Court filing fee ............................................................... $400.00

**Attorneys' fees:**

Vladimir Tsirkin ............................................................ 20 hours x $250.00 = $5,000.00

Howard Kroll ................................... ............................7.9 hours x $675.00 = $5,332.50.

   **Total (as of (date) )** ..................................... $ <u>110,822.50</u>.

                                                  /s/Vladimir Tsirkin
                                                  Vladimir Tsirkin, Esq.